## VERIFIED RETURN OF SERVICE

| | |
|---|---|
| **State of Florida** | **County of SOUTHERN** |

Case Number: 20-CV-22423-UU

Plaintiff:
**SH GROUP GLOBAL IP HOLDINGS LLC**

vs.

Defendant:
**2399 COLLINS AVENUE CONDOMINIUM ASSOCIATION INC., AND JOHN P. BOSTANY**

For:
Gavin Gaukroger, Esq.
BERGER SINGERMAN, LLP
350 East Las Olas Blvd
#1000
Ft. Lauderdale, FL 33301

Received by LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC on the 12th day of June, 2020 at 8:46 pm to be served on **2399 COLLINS AVENUE CONDOMINIUM ASSOCIATION INC C/O LUX MGMT SERVICES INC, 10001 W OAKLAND PARK BLVD, #302, SUNRISE, FL 33351**.

I, Natasha Caplan, do hereby affirm that on the **13th day of June, 2020** at **7:30 pm, I:**

**EFFECTED CORPORATE SERVICE** by delivering a true copy of the **SUMMONS AND COMPLAINT** with my initials; identification number (if applicable); the date and hour of service endorsed thereon by me to: **JOHN BOSTANY** as **PRESIDENT** for **2399 COLLINS AVENUE CONDOMINIUM ASSOCIATION INC**, at the address of: **2399 COLLINS AVENUE, #1116, MIAMI BEACH, FL 33139**, and informed said person of the contents therein, in compliance with Florida Statutes 48.081

**Additional Information pertaining to this Service:**
6/13/2020  7:30 pm  UPON ARRIVAL, I KNOCKED ON THE DOOR AND A MALE ANSWERED FORM BEHIND THE DOOR.  I ASKED IF HE WAS MR. BOSTANY AND HE SAID "YES" AND HE ASKED WHO I WAS.  I THEN IDENTIFIED MYSELF AND MY PURPOSE.  HE THEN STATED THAT BOSTANY DID NOT RESIDE.  THE DEFENDANT REFUSED TO OPEN THE DOOR AND ACCEPT SERVICE IN HAND.  I ADVISED IN A LOUD VOICE WHAT I WAS SERVING AND THAT I WAS LEAVING IT AT THE DOOR. I THEN CONFIRMED WITH SECURITY THAT THE DEFENDANT IS IN FACT THE OWNER AND TENANT OF THE UNIT

## VERIFIED RETURN OF SERVICE For 20-CV-22423-UU

I do hereby certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true and correct to the best of my knowledge. NO NOTARY REQUIRED PER FLORIDA STATUTE.

**Natasha Caplan**
CPS #2327

LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC
8724 SW 72nd Street
#402
Miami, FL 33173
(305) 412-1178

Our Job Serial Number: LIM-2020001799

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1p