**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:20-cv-22423-UU

SH GROUP GLOBAL IP HOLDINGS, L.L.C.,

    Plaintiff/Counterclaim-Defendant,

v.

2399 COLLINS AVENUE CONDOMINIUM ASSOCIATION, INC. and JOHN P. BOSTANY,

    Defendants/Counterclaim-Plaintiffs.

**ORDER GRANTING PLAINTIFF/COUNTERCLAIM-DEFENDANT SH GROUP GLOBAL IP HOLDINGS, L.L.C.'S MOTION FOR ENTRY OF AN ORDER CONFIRMING AN ESI PLAN**

**THIS CAUSE** came before the Court upon Plaintiff/Counterclaim-Defendant's Motion for Entry of an Order Confirming an ESI Plan (D.E. 30) (the "Motion"). The Court having reviewed the Motion, the proposed ESI Plan attached to the Motion as Exhibit B (the "ESI Plan"), and the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion, D.E. 30, is GRANTED. The parties shall produce electronically stored information ("ESI") as TIFF images with load files and the metadata fields listed on Table 1 of the ESI Plan. All other terms of ESI Plan shall apply to the parties' production of ESI in this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of September 2020.

                                                JOHN J. O'SULLIVAN
                                                UNITED STATES MAGISTRATE JUDGE