UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-22423-UU

SH GROUP GLOBAL
IP HOLDINGS, LLC,

    Plaintiff/ Counter-Defendant,

v.

2399 COLLINS AVE. CONDOMINIUM
ASSOCIATION, INC., a Florida corporation,
and JOHN P. BOSTANY, an Individual,

    Defendants/ Counter-Plaintiffs.
_____/

<b><u>ORDER RESETTING INITIAL PLANNING AND SCHEDULING CONFERENCE</u></b>

The Initial Planning and Scheduling Conference is hereby RE-SET to Friday, October 23, 2020, at 9:30 A.M.

DONE AND ORDERED in Chambers at Miami, Florida, this _25th_ day of September, 2020.

                                                                      _____
                                                                      URSULA UNGARO
                                                                       UNITED STATES DISTRICT JUDGE

Copies provided:
Counsel of record via CM/ECF