# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-22423-UU

SH GROUP GLOBAL IP HOLDINGS, L.L.C.,

    Plaintiff,

v.

2399 COLLINS AVENUE CONDOMINIUM
ASSOCIATION, INC. and JOHN P. BOSTANY,

    Defendants.

**DEFENDANT BOSTANY'S RESPONSES TO PLAINTIFF SH GROUP GLOBAL IP HOLDINGS, L.L.C.'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT JOHN P. BOSTANY**

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, and the Local Rules of the Southern District of Florida, Defendant John P. Bostany ("Bostany") hereby responds to Plaintiff SH Group Global IP Holdings, L.L.C.'s First Set of Requests for Production as follows:

**DOCUMENTS TO BE PRODUCED**

1.    All DOCUMENTS CONCERNING or REFERRING OR RELATING TO YOUR and/or the ASSOCIATION's consideration, selection and clearance of the ASSOCIATION'S CLAIMED MARK, and any alternatives of the ASSOCIATION'S CLAIMED MARK, in the United States, including but not limited to, searches, investigations, SURVEYS, MARKET RESEARCH, studies, research, polls, reports and opinions that the YOU or the ASSOCIATION has ever conducted, received, requested, or seen.

**RESPONSE:** Bostany objects to this request as vague, ambiguous, overly broad and unduly burdensome, and not proportional to the needs of the case, to the extent it seeks "[a]ll DOCUMENTS CONCERNING or REFERRING OR RELATING TO YOUR and/or the

ASSOCIATION's consideration, selection and clearance of the ASSOCIATION'S CLAIMED MARK, and any alternatives of the ASSOCIATION'S CLAIMED MARK, in the United States, including but not limited to, searches, investigations, SURVEYS, MARKET RESEARCH, studies, research, polls, reports and opinions that the YOU or the ASSOCIATION has ever conducted, received, requested, or seen." Bostany will make a reasonable search for documents and communications relating to the consideration, selection, and clearance of the ASSOCIATION'S CLAIMED MARK, and any alternatives of the ASSOCIATION'S CLAIMED MARK, and shall produce non-privileged documents, to the extent they exist.

2. All DOCUMENTS CONCERNING or REFERRING OR RELATING TO YOUR and/or the ASSOCIATION's consideration, selection and clearance of any mark or term incorporating the term "1" in the United States, including but not limited to, searches, investigations, SURVEYS, MARKET RESEARCH, studies, research, polls, reports, and opinions that YOU or the ASSOCIATION has ever conducted, received, requested, or seen.

**RESPONSE:** Bostany objects to this request to the extent it seeks documents and information protected by attorney-client or work product privileges. Bostany will make a reasonable search for documents regarding the consideration, selection and clearance of any mark or term incorporating the term "1" and shall produce non-privileged documents, to the extent they exist.

3. All DOCUMENTS and COMMUNICATIONS CONCERNING or REFERRING OR RELATING TO the decision to adopt the ASSOCIATION'S CLAIMED MARK.

**RESPONSE:** Bostany objects to this request to the extent it seeks documents and information protected by attorney-client or work product privileges. Bostany will make a reasonable search for

documents and communications relating to the Association's decision to adopt the Association's 1 HOMES mark and shall produce non-privileged documents, to the extent they exist.

4. All DOCUMENTS and COMMUNICATIONS CONCERNING or REFERRING OR RELATING TO the ASSOCIATION's applications before the USPTO, or any other application within the United States, for the ASSOCIATION'S CLAIMED MARK.

**RESPONSE:** Bostany objects to this request to the extent it seeks documents and information protected by attorney-client or work product privileges. Bostany further objects to the request as unduly burdensome because documents concerning the Association's applications are of public record and may be equally accessible to Plaintiff. Bostany will make a reasonable search for and shall produce non-privileged documents, to the extent they exist.

5. All DOCUMENTS and COMMUNICATIONS CONCERNING or REFERRING OR RELATING TO YOUR and/or the ASSOCIATION's knowledge of SH GROUP, SH GROUP'S MARKS, and/or SH GROUP'S GOODS AND SERVICES.

**RESPONSE:** Bostany objects to this request as vague, ambiguous, overly broad and unduly burdensome, and not proportional to the needs of the case, to the extent it seeks all documents and communications concerning, referring, or relating to the Bostany's or the Association's "knowledge of SH GROUP, SH GROUP'S MARKS, and/or SH GROUP'S GOODS AND SERVICES." Bostany further objects to this request to the extent it seeks documents and information protected by attorney-client or work product privileges. Bostany will make a reasonable search for and shall produce non-privileged documents, to the extent they exist.

3

6. DOCUMENTS sufficient to show all investors, shareholders, stakeholders, condominium association members, BOARD members, or others having an interest in the ASSOCIATION, the ASSOCIATION'S GOODS AND SERVICES, and/or the ASSOCIATION'S CLAIMED MARK.

**RESPONSE:** Bostnay further objects to this request as vague, ambiguous, overly broad and unduly burdensome, and not proportional to the needs of the case, to the extent it seeks documents "sufficient to show all investors, shareholders, stakeholders, condominium association members, BOARD members, or others having an interest in the ASSOCIATION, the ASSOCIATION'S GOODS AND SERVICES, and/or the ASSOCIATION'S CLAIMED MARK." Bostany further objects to this request as it seeks documents that are not within Bostany's possession, custody, or control.

7. DOCUMENTS sufficient to show the founding or formation of the ASSOCIATION and the scope of its authority.

**RESPONSE:** Bostany objects to the request as unduly burdensome because documents concerning the Association's formation are of public record and may be equally accessible to Plaintiff. Bostany further objects to this request as it seeks documents that are not within Bostany's possession, custody, or control.

8. All DOCUMENTS and COMMUNICATIONS CONCERNING or REFERRING OR RELATING TO the relatedness or lack of relatedness between SH GROUP'S GOODS AND SERVICES on the one hand and the ASSOCIATION'S GOODS AND SERVICES on the other hand.

**RESPONSE:** Bostany objects to this request to the extent it seeks documents and information protected by attorney-client or work product privileges. Bostany will make a reasonable search for documents and communications concerning the relatedness or lack of relatedness between SH GROUP'S GOODS AND SERVICES on the one hand and the ASSOCIATION'S GOODS AND SERVICES on the other hand and shall produce non-privileged documents, to the extent they exist.

9. All DOCUMENTS and COMMUNICATIONS CONCERNING or REFERRING OR RELATING TO the similarity or lack of similarity between SH GROUP'S MARKS on the one hand and the ASSOCIATION'S CLAIMED MARK on the other hand.

**RESPONSE:** Bostany objects to this request to the extent it seeks documents and information protected by attorney-client or work product privileges Bostany will make a reasonable search for documents and communications concerning the similarity or lack of similarity between SH GROUP'S MARKS on the one hand and the ASSOCIATION'S CLAIMED MARK on the other hand and shall produce non-privileged documents, to the extent they exist.

10. All DOCUMENTS and COMMUNICATIONS CONCERNING or REFERRING OR RELATING TO YOUR and/or the ASSOCIATION's actual, planned or contemplated use of the ASSOCIATION'S CLAIMED MARK or any other use of the term "1" in the United States.

**RESPONSE:** Bostany objects to this request as vague, ambiguous, overly broad and unduly burdensome, and not proportional to the needs of the case, to the extent it seeks all documents and communications "CONCERNING or REFERRING OR RELATING TO the YOUR and/or the ASSOCIATION's actual, planned or contemplated use of the ASSOCIATION'S CLAIMED MARK or use of the term '1' in the United States." Bostany will make a reasonable search for

documents and communications and shall produce non-privileged documents and communications, to the extent they exist.

11. All DOCUMENTS and COMMUNICATIONS CONCERNING or REFERRING OR RELATING TO any other PERSON's actual, planned or contemplated use of the ASSOCIATION'S CLAIMED MARK or any other use of the term "1" in connection with real estate or related goods and services in the United States.

**RESPONSE**: Bostany objects to this request as vague, ambiguous, overly broad and unduly burdensome, and not proportional to the needs of the case, to the extent it seeks all documents and communications "CONCERNING or REFERRING OR RELATING TO any other PERSON's actual, planned or contemplated use of the ASSOCIATION'S CLAIMED MARK or use of the term '1' in the United States." Bostany further objects to this request to the extent it seeks documents and information protected by attorney-client or work product privileges. Subject to this objection, as understood, Bostany does not have any documents responsive to this request at this time.

12. All DOCUMENTS and COMMUNICATIONS CONCERNING or REFERRING OR RELATING TO the ASSOCIATION's advertising, marketing or promotion of the ASSOCIATION'S GOODS AND SERVICES.

**RESPONSE**: Bostany objects to this request to the extent it seeks documents and information protected by attorney-client or work product privileges. Bostany will make a reasonable search for documents and communications concerning the Association's advertising, marketing or promotion of its 1 Homes mark and shall produce non-privileged documents, to the extent they exist.

13. DOCUMENTS sufficient to show all annual sales for the ASSOCIATION'S GOODS AND SERVICES in the United States.

**RESPONSE:** Bostany objects to this request as it seeks documents that are not within Bostany's possession, custody, or control.

14. DOCUMENTS sufficient to show all annual expenditures by the ASSOCIATION in connection with advertising, promoting, and/or marketing the ASSOCIATION'S GOODS AND SERVICES and/or the ASSOCIATION'S CLAIMED MARK.

**RESPONSE:** Bostany objects to this request as it seeks documents that are not within Bostany's possession, custody, or control.

15. All DOCUMENTS CONCERNING or REFERRING OR RELATING TO any MARKET RESEARCH or SURVEY CONCERNING or REFERRING OR RELATING TO the ASSOCIATION'S CLAIMED MARK, the term "1," and/or SH GROUP'S MARKS in the United States.

**RESPONSE:** Bostany objects to this request as it seeks documents that are not within Bostany's possession, custody, or control.

16. All DOCUMENTS CONCERNING or REFERRING OR RELATING TO instances of actual or potential consumer confusion between the SH GROUP'S MARKS on the one hand, and the ASSOCIATION'S CLAIMED MARK on the other hand.

**RESPONSE:** Bostany objects to this request as overly broad and not proportional to the needs of the case, to the extent it seeks "[a]ll DOCUMENTS CONCERNING or REFERRING OR RELATING TO instances of actual or potential consumer confusion between SH GROUP'S MARKS on the one hand, and the ASSOCIATION'S CLAIMED MARK on the other hand." Subject to this objection, as understood, Bostany does not have any documents responsive to this request at this time.

17. All DOCUMENTS CONCERNING or REFERRING OR RELATING TO instances of actual or potential consumer confusion between SH GROUP'S GOODS AND SERVICES on the one hand, and the ASSOCIATION'S GOODS AND SERVICES on the other hand.

**RESPONSE:** Bostany objects to this request as overly broad and not proportional to the needs of the case, to the extent it seeks "[a]ll DOCUMENTS CONCERNING or REFERRING OR RELATING TO instances of actual or potential consumer confusion between SH GROUP'S GOODS AND SERVICES on the one hand, and the ASSOCIATION'S GOODS AND SERVICES on the other hand." Subject to this objection, as understood, Bostany does not have any documents responsive to this request at this time.

18. All DOCUMENTS CONCERNING or REFERRING OR RELATING TO any expert witnesses in this proceeding.

**RESPONSE:** Bostany objects to this request as premature and to the extent it seeks information covered by the attorney-client privilege and/or work product doctrine. Subject to these objections

and the general objections set forth above, Bostany states that he will provide documents responsive to this request at the appropriate time in this litigation, should any exist.

19. All COMMUNICATIONS identified in Federal Rule of Civil Procedure 26(b)(4)(C)(i)–(iii).

**RESPONSE:** Bostany objects to this request as premature and to the extent it seeks information covered by the attorney-client privilege and/or work product doctrine. Subject to these objections and the general objections set forth above, Bostany states that he will provide documents responsive to this request at the appropriate time in this litigation, should any exist.

21. All COMMUNICATIONS between or among the ASSOCIATION and YOU CONCERNING or REFERRING OR RELATING TO SH GROUP'S MARKS.

**RESPONSE:** Bostany objects to this request as overly broad and not proportional to the needs of the case, to the extent it seeks "[a]ll COMMUNICATIONS between or among the ASSOCIATION and YOU [BOSTANY] CONCERNING or REFERRING OR RELATING TO SH GROUP'S MARKS." Bostany further objects to this request to the extent it seeks documents and information protected by attorney-client or work product privileges. Subject to this objection, as understood, Bostany will make a reasonable search for and shall produce documents non-privileged documents, to the extent they exist.

22. All COMMUNICATIONS between or among the ASSOCIATION and YOU CONCERNING or REFERRING OR RELATING TO the ASSOCIATION'S CLAIMED MARK.

9

**RESPONSE:** Bostany objects to this request as overly broad and not proportional to the needs of the case, to the extent it seeks "[a]ll COMMUNICATIONS between or among the ASSOCIATION and YOU [BOSTANY] CONCERNING or REFERRING OR RELATING TO the ASSOCIATION'S CLAIMED MARK." Bostany further objects to this request to the extent it seeks documents and information protected by attorney-client or work product privileges. Subject to this objection, as understood, Bostany will make a reasonable search for and shall produce documents non-privileged documents, to the extent they exist.

23. All COMMUNICATIONS between or among the ASSOCIATION and YOU CONCERNING or REFERRING OR RELATING TO the TTAB PROCEEDING.

**RESPONSE:** Bostany objects to this request as overly broad and not proportional to the needs of the case, to the extent it seeks "[a]ll COMMUNICATIONS between or among the ASSOCIATION and YOU [BOSTANY] CONCERNING or REFERRING OR RELATING TO the TTAB PROCEEDING." Bostany further objects to this request to the extent it seeks documents and information protected by attorney-client or work product privileges. Subject to this objection, as understood, Bostany will make a reasonable search for and shall produce documents non-privileged documents, to the extent they exist.

24. All COMMUNICATIONS between or among the ASSOCIATION and YOU CONCERNING or REFERRING OR RELATING TO this LITIGATION.

**RESPONSE:** Bostany objects to this request as overly broad and not proportional to the needs of the case, to the extent it seeks "[a]ll COMMUNICATIONS between or among the ASSOCIATION and YOU [BOSTANY] CONCERNING or REFERRING OR RELATING TO this

LITIGATION." Bostany further objects to this request to the extent it seeks documents and information protected by attorney-client or work product privileges. Subject to this objection, as understood, Bostany will make a reasonable search for and shall produce non-privileged documents, to the extent they exist.

25.   All DOCUMENTS on which YOU intend to rely to support YOUR claims and defenses in this LITIGATION.

**RESPONSE**: Bostany objects to this request to the extent it seeks documents and information protected by attorney-client or work product privileges. Bostany will make a reasonable search for documents and shall produce non-privileged documents, to the extent they exist.

26.   All DOCUMENTS CONCERNING or REFERRING OR RELATING TO contracts or agreements REFERRING OR RELATING TO SH GROUP's trademarks and/or intellectual property, including but not limited to SH GROUP'S MARKS.

**RESPONSE**: Bostany objects to this request as overly broad and not proportional to the needs of the case, to the extent it seeks "[a]ll DOCUMENTS CONCERNING or REFERRING OR RELATING TO contracts or agreements REFERRING OR RELATING TO SH GROUP's trademarks and/or other intellectual property, including but not limited to SH GROUP'S MARKS." Bostany further objects to this request to the extent it seeks documents and information protected by attorney-client or work product privileges. Bostany will make a reasonable search for documents and shall produce non-privileged documents, to the extent they exist.

11

27. All DOCUMENTS CONCERNING or REFERRING OR RELATING TO the domain http://www.1homesmiami.com or any other domain or website owned, operated or controlled by YOU or the ASSOCIATION containing the term "1."

**RESPONSE:** Bostany objects to this request to the extent it seeks documents and information protected by attorney-client or work product privileges. Subject to this objection, as understood, Bostany will make a reasonable search for and shall produce non-privileged documents, to the extent they exist.

28. All DOCUMENTS CONCERNING or REFERRING OR RELATING TO the use, challenge of, or interference with SH GROUP'S MARKS under the AGREEMENTS.

**RESPONSE:** Bostany objects to this request as vague, ambiguous, overly broad and unduly burdensome, and not proportional to the needs of the case, to the extent it seeks "[a]ll DOCUMENTS CONCERNING or REFERRING OR RELATING TO the use, challenge of, or interference with SH GROUP'S MARKS under the AGREEMENTS." Subject to this objection, as understood, Bostany does not have any documents responsive to this request at this time.

29. All DOCUMENTS CONCERNING or REFERRING OR RELATING TO any meeting convened by the ASSOCIATION or among its members, including but not limited to meetings of the BOARD, CONCERNING or REFERRING OR RELATING TO the ASSOCIATION'S CLAIMED MARK, SH GROUP'S MARKS, the TTAB PROCEEDING, and/or this LITIGATION, including but not limited to any meeting minutes and notes.

**RESPONSE:** Bostany objects to this request as overly broad and not proportional to the needs of the case, to the extent it seeks, without limitations as to time, "[a]ll DOCUMENTS

CONCERNING or REFERRING OR RELATING TO any meeting convened by the ASSOCIATION, including but not limited to meetings of the BOARD, CONCERNING or REFERRING OR RELATING TO the ASSOCIATION'S CLAIMED MARK, SH GROUP'S MARKS, the TTAB PROCEEDING, and/or this LITIGATION, including but not limited to any meeting minutes and notes." Bostany objects to this request to the extent it seeks documents and information protected by attorney-client or work product privileges. Subject to this objection, as understood, Bostany will make a reasonable search for and shall produce non-privileged documents, to the extent they exist.

30. All DOCUMENTS CONCERNING or REFERRING OR RELATING TO the ASSOCIATION's contention that it has the right to use and register the ASSOCIATION'S CLAIMED MARK.

**RESPONSE:** Bostany objects to this request as vague, ambiguous, overly broad and unduly burdensome, and not proportional to the needs of the case, to the extent it seeks "[a]ll DOCUMENTS CONCERNING or REFERRING OR RELATING TO the ASSOCIATION's contention that it has the right to use and register the ASSOCIATION'S CLAIMED MARK." Bostany further objects to this request as it seeks documents that are not within Bostany's possession, custody, or control.

31. All DOCUMENTS CONCERNING or REFERRING OR RELATING TO the factual and legal basis for the claim in Paragraph 2 of the PETITION FOR CANCELLATION that "Petitioner has used the mark in commerce in connection with such services since at least as early as December 31, 2018."

**RESPONSE:** Bostany objects to this request to the extent it seeks documents and information protected by attorney-client or work product privileges. Subject to this objection, as understood, the Bostany will make a reasonable search for and shall produce non-privileged documents, to the extent they exist.

32. All DOCUMENTS CONCERNING or REFERRING OR RELATING TO the meaning of the ASSOCIATION'S CLAIMED MARK and each term included therein (i.e., "1" and "HOMES").

**RESPONSE:** Bostany objects to this request to the extent it seeks documents and information protected by attorney-client or work product privileges. Subject to this objection, as understood, the Bostany will make a reasonable search for and shall produce non-privileged documents, to the extent they exist.

33. All DOCUMENTS CONCERNING or REFERRING OR RELATING TO any profits earned by the ASSOCIATION from the sale of goods and services under the ASSOCIATION'S CLAIMED MARK in the United States.

**RESPONSE:** Bostany objects to this request as it seeks documents that are not within Bostany's possession, custody, or control.

34. All DOCUMENTS CONCERNING or REFERRING OR RELATING TO this LITIGATION.

**RESPONSE:** Bostany objects to this request to the extent it seeks documents and information protected by attorney-client or work product privileges. Bostany further objects to the request as

unduly burdensome as documents concerning the litigation may be equally accessible to Plaintiff. Subject to these objections, as understood, Bostany will make a reasonable search for and shall produce non-privileged documents, to the extent they exist.

35.     All DOCUMENTS CONCERNING or REFERRING OR RELATING TO the TTAB PROCEEDING.

**RESPONSE:** Bostany objects to the request as unduly burdensome as documents concerning the TTAB proceeding may be equally accessible to Plaintiff. Subject to these objections, as understood, Bostany will make a reasonable search for and shall produce non-privileged documents, to the extent they exist.

36.     All DOCUMENTS referenced, relied upon or otherwise consulted in preparing the PETITION FOR CANCELLATION.

**RESPONSE:** Bostany objects to this request to the extent it seeks documents and information protected by attorney-client or work product privileges. Bostany further objects to this request as it seeks documents that are not within Bostany's possession, custody, or control.

37.     All DOCUMENTS referenced, relied upon or otherwise consulted in preparing BOSTANY'S INTERROGATORY RESPONSES.

**RESPONSE:** Bostany objects to this request to the extent it seeks documents and information protected by attorney-client or work product privileges. Subject to these objections, as understood, the Bostany will make a reasonable search for and shall produce non-privileged documents, to the extent they exist.

38. All DOCUMENTS referenced, relied upon or otherwise consulted in preparing BOSTANY'S ADMISSIONS.

**RESPONSE:** Bostany objects to this request to the extent it seeks documents and information protected by attorney-client or work product privileges. Subject to these objections, as understood, the Bostany will make a reasonable search for and shall produce non-privileged documents, to the extent they exist.

38. All DOCUMENTS referenced, relied upon or otherwise consulted in preparing BOSTANY'S INITIAL DISCLOSURES.

**RESPONSE:** Bostany objects to this request to the extent it seeks documents and information protected by attorney-client or work product privileges. Subject to these objections, as understood, the Bostany will make a reasonable search for and shall produce non-privileged documents, to the extent they exist.

39. All DOCUMENTS referenced in BOSTANY'S INTERROGATORY RESPONSES.

**RESPONSE:** Bostany objects to this request to the extent it seeks documents and information protected by attorney-client or work product privileges. Subject to these objections, as understood, the Bostany will make a reasonable search for and shall produce non-privileged documents, to the extent they exist.

40. All DOCUMENTS referenced in BOSTANY'S INITIAL DISCLOSURES.

**RESPONSE:** Bostany objects to this request to the extent it seeks documents and information protected by attorney-client or work product privileges. Subject to these objections, as understood, the Bostany will make a reasonable search for and shall produce non-privileged documents, to the extent they exist.

41. DOCUMENTS sufficient to show the YOUR document retention, collection, and production efforts in connection with this LITIGATION.

**RESPONSE:** Bostany objects to the request as unduly burdensome as such information is not reasonably calculated to lead to the discovery of admissible information.

42. All DOCUMENTS produced by any third party in response to any subpoena the ASSOCIATION or BOSTANY serves in this LITIGATION.

**RESPONSE:** Bostany objects to this request as premature. Subject to this objection, Bostany states that he will provide documents responsive non-privileged documents in response to this request at the appropriate time in this litigation, should any exist.

43. All DOCUMENTS on which YOU intend to rely at any hearing or at trial in this LITIGATION.

**RESPONSE:** Bostany objects to this request as premature. Subject to this objection, Bostany states that he will provide documents responsive non-privileged documents in response to this request at the appropriate time in this litigation, should any exist.

<table>
<tr><td>Dated:  August 10, 2020</td><td>/s/ *Stephanie Vazquez*<br>Stephanie Vazquez, FL Bar #1011124<br>Email: svazquez@allendyer.com<br>**ALLEN, DYER, DOPPELT + GILCHRIST, PA**<br>1221 Brickell Ave., Suite 2400<br>Miami, Florida 33131<br>Telephone:     (305) 374-8303<br>Facsimile:      (305) 374-8306<br><br>Brian R. Gilchrist, Esq., FL Bar #774065<br>Email: bgilchrist@allendyer.com<br>**ALLEN, DYER, DOPPELT + GILCHRIST, PA**<br>255 South Orange Avenue, Suite 1401<br>Orlando, Florida 32801<br>Telephone:     (407) 841-2330<br>Facsimile:      (407) 841-2343<br><br>*Counsel for Defendants/Counterclaimants*</td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 10, 2020, the foregoing was served by electronic (e-mail) transmission to all counsel of record on the Service List below.

/s/ *Stephanie Vazquez*
Stephanie Vazquez, FL Bar #1011124

## SERVICE LIST

Gavin C. Gaukroger, FL Bar #76489
Email:  ggaukroger@bergersingerman.com
**BERGER SINGERMAN LLP**
350 East Las Olas Blvd., Ste 1000
Fort Lauderdale, FL 33301
Telephone:  (954) 525-9900
Facsimile:  (954) 523-2872

Christina Michele Perry, FL Bar #1003098
Email: cperry@bergersingerman.com
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Ste. 1000
Miami, FL 33131
Telephone:  305-755-9500
Facsimile:  305-714-4340

Claudia Ray, *Admitted Pro Hac Vice*
Email: claudia.ray@kirkland.com
Dale M. Cendali, *Admitted Pro Hac Vice*
Email: dale.cendali@kirkland.com
Shanti Sadtler Conway, *Admitted Pro Hac Vice*
Email: shanti.conway@kirkland.com
*Admitted Pro Hac Vice*
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone:  212-446-4800
Facsimile:  212-446-6460