# EXHIBIT 5

| | |
|---|---|
| **From:** | Conway, Shanti Sadtler |
| **Sent:** | Tuesday, September 22, 2020 1:57 PM |
| **To:** | Stephanie Vazquez |
| **Cc:** | Brian Gilchrist; Shelley Hotz; #SHGroup-1Hotel; Gavin Gaukroger; Luis Torres; Christina M. Perry |
| **Subject:** | RE: [EXTERNAL] RE: 2399 Collins Avenue Condominium Association adv. SH Group Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU |

Dear Stephanie -- I'm writing to follow up on the below.  If we do not receive a response, including amended/supplemental discovery responses, we will have no choice but to move to compel.

Best Regards,
Shanti

**Shanti Sadtler Conway**
_____

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 5933  **M** +1 781 571 9211
**F** +1 212 446 4900
_____

shanti.conway@kirkland.com

---

**From:** Conway, Shanti Sadtler
**Sent:** Friday, September 18, 2020 2:05 PM
**To:** 'Stephanie Vazquez' <svazquez@allendyer.com>
**Cc:** Brian Gilchrist <bgilchrist@allendyer.com>; Shelley Hotz <shotz@allendyer.com>; #SHGroup-1Hotel <shgroup-1hotel@kirkland.com>; Gavin Gaukroger <ggaukroger@bergersingerman.com>; Luis Torres <LTorres@bergersingerman.com>; Christina M. Perry <CPerry@bergersingerman.com>
**Subject:** RE: [EXTERNAL] RE: 2399 Collins Avenue Condominium Association adv. SH Group Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU

Dear Stephanie,

As the Association's Board President, Mr. Bostany presumably would have these documents as well.  It is possible that Mr. Bostany could have documents that the Association does not have.  We have no way of knowing.  The simple solution here, and what is required under the Federal Rules, is for Mr. Bostany to agree to search for and produce any responsive documents that are in his possession, custody, or control.  We understand from your below response that he is refusing to do so.

Do you have an update as to Defendants' amended/supplemental responses to the Interrogatories and RFAs?

Best Regards,
Shanti

**Shanti Sadtler Conway**
_____

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 5933  **M** +1 781 571 9211
**F** +1 212 446 4900

shanti.conway@kirkland.com

**From:** Stephanie Vazquez <svazquez@allendyer.com>
**Sent:** Friday, September 18, 2020 1:51 PM
**To:** Conway, Shanti Sadtler <shanti.conway@kirkland.com>
**Cc:** Brian Gilchrist <bgilchrist@allendyer.com>; Shelley Hotz <shotz@allendyer.com>; #SHGroup-1Hotel <shgroup-1hotel@kirkland.com>; Gavin Gaukroger <ggaukroger@bergersingerman.com>; Luis Torres <LTorres@bergersingerman.com>; Christina M. Perry <CPerry@bergersingerman.com>
**Subject:** RE: [EXTERNAL] RE: 2399 Collins Avenue Condominium Association adv. SH Group Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU

 **> This message is from an EXTERNAL SENDER - be cautious, particularly with links and attachments.**

Hello Shanti,

Regarding Mr. Bostany's responses to RFP Nos. 6-7, 13-15, 33, and 36, Mr. Bostany stands by the objections provided for each response. These requests are for documents that are all clearly Association records not personal records of Mr. Bostany. See Requests for Production at Issue below:

> 6.      DOCUMENTS sufficient to show all investors, shareholders, stakeholders, condominium association members, BOARD members, or others having an interest in the ASSOCIATION, the ASSOCIATION'S GOODS AND SERVICES, and/or the ASSOCIATION'S CLAIMED MARK.
> 7.      DOCUMENTS sufficient to show the founding or formation of the ASSOCIATION and the scope of its authority.
> 13.     DOCUMENTS sufficient to show all annual sales for the ASSOCIATION'S GOODS AND SERVICES in the United States.
> 14.     DOCUMENTS sufficient to show all annual expenditures by the ASSOCIATION in connection with advertising, promoting, and/or marketing the ASSOCIATION'S GOODS AND SERVICES and/or the ASSOCIATION'S CLAIMED MARK.
> 15.     All DOCUMENTS CONCERNING or REFERRING OR RELATING TO any MARKET RESEARCH or SURVEY CONCERNING or REFERRING OR RELATING TO the ASSOCIATION'S CLAIMED MARK, the term "1," and/or SH GROUP'S MARKS in the United States.
> 33.     All DOCUMENTS CONCERNING or REFERRING OR RELATING TO any profits earned by the ASSOCIATION from the sale of goods and services under the ASSOCIATION'S CLAIMED MARK in the United States.
> 36.     All DOCUMENTS referenced, relied upon or otherwise consulted in preparing the PETITION FOR CANCELLATION.

Plaintiff has served these same requests on the Association in RFP 6-7, 13-15, 36 and 39 and the Association has agreed to search and produce documents as provided in its response to each request. It is unclear what more Plaintiff is seeking to gain as the Association has already agreed to search for and produce existing responsive documents. We hope this resolves your concerns.

Best regards,



**Stephanie Vazquez**
*Registered Patent Attorney*

Allen, Dyer, Doppelt + Gilchrist, PA
1221 Brickell Avenue | Suite 2400 | Miami, FL 33131

(305) 374-8303 | phone
(305) 374-8306 | fax
website | vCard | map | email

Note: The information in this e-mail message is intended for the confidential use of the addressees only. The information is subject to the attorney-client privilege and/or may be attorney work-product. Recipients should not file copies of this e-mail with publicly accessible records. If you are not an addressee or an authorized agent responsible for delivering this e-mail to a designated addressee, you have received this e-mail in error, and any further review, dissemination, distribution, copying or forwarding of this e-mail is strictly prohibited. If you received this e-mail in error, please notify us immediately at (407) 841-2330. Thank you.

**From:** Conway, Shanti Sadtler <shanti.conway@kirkland.com>
**Sent:** Thursday, September 17, 2020 1:42 PM
**To:** Stephanie Vazquez <svazquez@allendyer.com>
**Cc:** Brian Gilchrist <bgilchrist@allendyer.com>; Shelley Hotz <shotz@allendyer.com>; #SHGroup-1Hotel <shgroup-1hotel@kirkland.com>; Gavin Gaukroger <ggaukroger@bergersingerman.com>; Luis Torres <LTorres@bergersingerman.com>; Christina M. Perry <CPerry@bergersingerman.com>
**Subject:** RE: [EXTERNAL] RE: 2399 Collins Avenue Condominium Association adv. SH Group Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU

Dear Stephanie,

With respect to Mr. Bostany's responses to RFP Nos. 6-7, 13-15, 33, and 36, is your position that such documents are not in Mr. Bostany's possession, custody, or control?  If that is the case, can you please confirm that there are no documents that are response to RFP Nos. 6-7, 13-15, 33, and 36 that are in Mr. Bostany's possession, custody, or control?  Please clarify so we can assess whether a motion to compel is needed.

With respect to the RFAs and Interrogatories, your prior email had said September 16, and I confirmed that date in my subsequent email, which you did not correct.  Accordingly, we expected those amended/supplemental responses yesterday.  Regardless, we look forward to receiving them today.

Best Regards,
Shanti

**Shanti Sadtler Conway**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 5933  **M** +1 781 571 9211
**F** +1 212 446 4900

shanti.conway@kirkland.com

**From:** Stephanie Vazquez <svazquez@allendyer.com>
**Sent:** Thursday, September 17, 2020 11:34 AM
**To:** Conway, Shanti Sadtler <shanti.conway@kirkland.com>
**Cc:** Brian Gilchrist <bgilchrist@allendyer.com>; Shelley Hotz <shotz@allendyer.com>; #SHGroup-1Hotel <shgroup-1hotel@kirkland.com>; Gavin Gaukroger <ggaukroger@bergersingerman.com>; Luis Torres <LTorres@bergersingerman.com>; Christina M. Perry <CPerry@bergersingerman.com>
**Subject:** RE: [EXTERNAL] RE: 2399 Collins Avenue Condominium Association adv. SH Group Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU

Hello Shanti,

As you know, my September 10th email stated that we anticipated needing until Thursday to serve Defendants' amended responses to the RFA and Interrogatories. The amended responses to the RFA and Interrogatories have been presented to our clients for approval and we will serve those once approved. Regarding Mr. Bostany's responses to RFP No. 6-7, 13-15, 33, and 36, the service email sent on September 15th which included Mr. Bostany's amended responses to the RFP, clearly notifies Plaintiff that "responses to Requests for Production No. 6-7, 13-15, 33 and 36 directed to Mr. Bostany were not amended. Mr. Bostany wishes to maintain his original responses."

Best regards,



**Stephanie Vazquez**
*Registered Patent Attorney*

Allen, Dyer, Doppelt + Gilchrist, PA
1221 Brickell Avenue | Suite 2400 | Miami, FL 33131

(305) 374-8303 | phone
(305) 374-8306 | fax
website | vCard | map | email

Note: The information in this e-mail message is intended for the confidential use of the addressees only. The information is subject to the attorney-client privilege and/or may be attorney work-product. Recipients should not file copies of this e-mail with publicly accessible records. If you are not an addressee or an authorized agent responsible for delivering this e-mail to a designated addressee, you have received this e-mail in error, and any further review, dissemination, distribution, copying or forwarding of this e-mail is strictly prohibited. If you received this e-mail in error, please notify us immediately at (407) 841-2330. Thank you.

**From:** Conway, Shanti Sadtler <shanti.conway@kirkland.com>
**Sent:** Thursday, September 17, 2020 7:44 AM
**To:** Stephanie Vazquez <svazquez@allendyer.com>
**Cc:** Brian Gilchrist <bgilchrist@allendyer.com>; Shelley Hotz <shotz@allendyer.com>; #SHGroup-1Hotel <shgroup-1hotel@kirkland.com>; Gavin Gaukroger <ggaukroger@bergersingerman.com>; Luis Torres <LTorres@bergersingerman.com>; Christina M. Perry <CPerry@bergersingerman.com>
**Subject:** RE: [EXTERNAL] RE: 2399 Collins Avenue Condominium Association adv. SH Group Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU

Dear Stephanie,

We have not received Defendants' supplemental/amended responses to the RFAs and Interrogatories, although you agreed to provide them by yesterday, September 16.  We also still await Mr. Bostany's amended responses to RFP Nos. 6-7, 13-15, 33, and 36, which you agreed to serve by September 14, and which I followed up about in my below email on September 15.  You have provided not responded or provided any explanation as to the delay for these various responses.  When will you serve them?

Best Regards,
Shanti

**Shanti Sadtler Conway**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 5933  **M** +1 781 571 9211
**F** +1 212 446 4900

shanti.conway@kirkland.com

---

**From:** Conway, Shanti Sadtler <shanti.conway@kirkland.com>
**Sent:** Tuesday, September 15, 2020 10:37 PM
**To:** Stephanie Vazquez <svazquez@allendyer.com>
**Cc:** Brian Gilchrist <bgilchrist@allendyer.com>; Shelley Hotz <shotz@allendyer.com>; #SHGroup-1Hotel <shgroup-1hotel@kirkland.com>; Gavin Gaukroger <ggaukroger@bergersingerman.com>; Luis Torres <LTorres@bergersingerman.com>; Christina M. Perry <CPerry@bergersingerman.com>
**Subject:** RE: [EXTERNAL] RE: 2399 Collins Avenue Condominium Association adv. SH Group Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU

Dear Stephanie,

As reflected in your letter of August 31, 2020, Mr. Bostany agreed to amend his objections and responses to RFP Nos. 6-7, 13-15, 33, and 36, and search for and produce any responsive documents.  This is not reflected in the amended responses that were served this evening.  In particular, Mr. Bostany's responses to RFP Nos. 6-7, 13-15, 33, and 36 still do not state whether or not he will search for and produce responsive documents, but rather only provide objections.  Please correct the responses accordingly.

Best Regards,
Shanti

**Shanti Sadtler Conway**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 5933  **M** +1 781 571 9211
**F** +1 212 446 4900

shanti.conway@kirkland.com

---

**From:** Conway, Shanti Sadtler <shanti.conway@kirkland.com>
**Sent:** Monday, September 14, 2020 7:49 PM
**To:** Stephanie Vazquez <svazquez@allendyer.com>
**Cc:** Brian Gilchrist <bgilchrist@allendyer.com>; Shelley Hotz <shotz@allendyer.com>; #SHGroup-1Hotel <shgroup-1hotel@kirkland.com>; Gavin Gaukroger <ggaukroger@bergersingerman.com>; Luis Torres <LTorres@bergersingerman.com>; Christina M. Perry <CPerry@bergersingerman.com>
**Subject:** Re: [EXTERNAL] RE: 2399 Collins Avenue Condominium Association adv. SH Group Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU

Dear Stephanie,

What is the cause of the delay? It appears that each time you agree to get us something by a certain date you do not, which is not productive. If not tonight, when will you provide the responses?

Best Regards,
Shanti

On Sep 14, 2020, at 7:38 PM, Stephanie Vazquez <svazquez@allendyer.com> wrote:

Hello Shanti,

We are experiencing some unanticipated delays in getting the amended responses to the Requests for Production directed to the Association and Mr. Bostany approved by our clients. In the event we cannot get those to you this evening we will continue our efforts to get them served to you by tomorrow.

Best regards,

<image001.png>

**Stephanie Vazquez**
*Registered Patent Attorney*

Allen, Dyer, Doppelt + Gilchrist, PA
1221 Brickell Avenue ⏐ Suite 2400 ⏐ Miami, FL 33131

(305) 374-8303 ⏐ phone
(305) 374-8306 ⏐ fax
website ⏐ vCard ⏐ map ⏐ email

Note: The information in this e-mail message is intended for the confidential use of the addressees only. The information is subject to the attorney-client privilege and/or may be attorney work-product. Recipients should not file copies of this e-mail with publicly accessible records. If you are not an addressee or an authorized agent responsible for delivering this e-mail to a designated addressee, you have received this e-mail in error, and any further review, dissemination, distribution, copying or forwarding of this e-mail is strictly prohibited. If you received this e-mail in error, please notify us immediately at (407) 841-2330. Thank you.

**From:** "Conway, Shanti Sadtler" <shanti.conway@kirkland.com>
**Date:** Thursday, September 10, 2020 at 8:08 PM
**To:** Stephanie Vazquez <svazquez@allendyer.com>
**Cc:** Brian Gilchrist <bgilchrist@allendyer.com>, Shelley Hotz <shotz@allendyer.com>, #SHGroup-1Hotel <shgroup-1hotel@kirkland.com>, Gavin Gaukroger <ggaukroger@bergersingerman.com>, Luis Torres <LTorres@bergersingerman.com>, "Christina M. Perry" <CPerry@bergersingerman.com>
**Subject:** [EXTERNAL] RE: 2399 Collins Avenue Condominium Association adv. SH Group Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU

Thank you, Stephanie.  We look forward to receiving the amended/supplemental responses by September 14 and 16, as applicable.

Best Regards,
Shanti

**Shanti Sadtler Conway**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 5933  **M** +1 781 571 9211
**F** +1 212 446 4900

shanti.conway@kirkland.com

**From:** Stephanie Vazquez <svazquez@allendyer.com>
**Sent:** Thursday, September 10, 2020 3:20 PM
**To:** Conway, Shanti Sadtler <shanti.conway@kirkland.com>
**Cc:** Brian Gilchrist <bgilchrist@allendyer.com>; Shelley Hotz <shotz@allendyer.com>; #SHGroup-1Hotel

<shgroup-1hotel@kirkland.com>; Gavin Gaukroger <ggaukroger@bergersingerman.com>; Luis Torres <LTorres@bergersingerman.com>; Christina M. Perry <CPerry@bergersingerman.com>
**Subject:** RE: 2399 Collins Avenue Condominium Association adv. SH Group Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU

Hello Shanti,

We will work to get the amended responses to you as soon as possible. We can serve amended responses to the Requests for Production directed to the Association and Mr. Bostany by September 14th, as agreed to. However, as we have agreed to amend/supplement more of the Defendants' responses to solve the remaining issues concerning the interrogatory requests and the requests for admission, we do anticipate needing some additional time, until Thursday, September 16, for our clients to review and approve these amended responses to the Interrogatory Requests and Requests for Admission directed to the Association and Mr. Bostany.

Best regards,

<image002.png>

**Stephanie Vazquez**
*Registered Patent Attorney*

Allen, Dyer, Doppelt + Gilchrist, PA
1221 Brickell Avenue | Suite 2400 | Miami, FL 33131

(305) 374-8303 | phone
(305) 374-8306 | fax

website | vCard | map | email

Note: The information in this e-mail message is intended for the confidential use of the addressees only. The information is subject to the attorney-client privilege and/or may be attorney work-product. Recipients should not file copies of this e-mail with publicly accessible records. If you are not an addressee or an authorized agent responsible for delivering this e-mail to a designated addressee, you have received this e-mail in error, and any further review, dissemination, distribution, copying or forwarding of this e-mail is strictly prohibited. If you received this e-mail in error, please notify us immediately at (407) 841-2330. Thank you.

**From:** Conway, Shanti Sadtler <shanti.conway@kirkland.com>
**Sent:** Thursday, September 10, 2020 2:31 PM
**To:** Stephanie Vazquez <svazquez@allendyer.com>
**Cc:** Brian Gilchrist <bgilchrist@allendyer.com>; Shelley Hotz <shotz@allendyer.com>; #SHGroup-1Hotel <shgroup-1hotel@kirkland.com>; Gavin Gaukroger <ggaukroger@bergersingerman.com>; Luis Torres <LTorres@bergersingerman.com>; Christina M. Perry <CPerry@bergersingerman.com>
**Subject:** [EXTERNAL] RE: 2399 Collins Avenue Condominium Association adv. SH Group Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU

Dear Stephanie,

We appreciate Defendants' agreement to amend/supplement its various discovery responses.  Can you please confirm that you will provide such amended/supplemental responses by September 14, along with the other amended/supplemental responses Defendants have agreed to provide?

Best Regards,
Shanti

**Shanti Sadtler Conway**

---

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 5933  **M** +1 781 571 9211
**F** +1 212 446 4900

---

shanti.conway@kirkland.com

**From:** Stephanie Vazquez <svazquez@allendyer.com>
**Sent:** Thursday, September 10, 2020 2:21 PM
**To:** Conway, Shanti Sadtler <shanti.conway@kirkland.com>
**Cc:** Brian Gilchrist <bgilchrist@allendyer.com>; Shelley Hotz <shotz@allendyer.com>; #SHGroup-1Hotel <shgroup-1hotel@kirkland.com>; Gavin Gaukroger <ggaukroger@bergersingerman.com>; Luis Torres <LTorres@bergersingerman.com>; Christina M. Perry <CPerry@bergersingerman.com>
**Subject:** RE: 2399 Collins Avenue Condominium Association adv. SH Group Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU

Hello Shanti,

In regard to the remaining issues outlined in your September 1st correspondence, the Association agrees to provide amended responses to RFA 4-17. Defendants also agree to serve amended responses to RFA Nos. 2-3, 18-38, 89-90 directed to the Association and to RFA Nos. 4, 6, 21-41, 93-94 directed to Mr. Bostany.

Regarding Interrogatory No. 2 to Mr. Bostany, we maintain our objection that the interrogatory as presented is overly board but will endeavor to provide an amended response.

Lastly, regarding Interrogatories 3-5 and 7 directed to the Association, we maintain that they have been fully answered in compliance with Rule 33 and that it is equally as burdensome for the parties to sort through the records. However, in an effort to avoid unnecessary motion practice the Association agrees to serve amended responses to Interrogatories 3-5 and 7.

Best regards,

<image002.png>

**Stephanie Vazquez**
*Registered Patent Attorney*

Allen, Dyer, Doppelt + Gilchrist, PA
1221 Brickell Avenue | Suite 2400 | Miami, FL 33131

(305) 374-8303 | phone
(305) 374-8306 | fax

website | vCard | map | email

Note: The information in this e-mail message is intended for the confidential use of the addressees only. The information is subject to the attorney-client privilege and/or may be attorney work-product. Recipients should not file copies of this e-mail with publicly accessible records. If you are not an addressee or an authorized agent responsible for delivering this e-mail to a designated addressee, you have received this e-mail in error, and any further review, dissemination, distribution, copying or forwarding of this e-mail is strictly prohibited. If you received this e-mail in error, please notify us immediately at (407) 841-2330. Thank you.

**From:** Conway, Shanti Sadtler <shanti.conway@kirkland.com>
**Sent:** Wednesday, September 9, 2020 9:05 PM
**To:** Stephanie Vazquez <svazquez@allendyer.com>
**Cc:** Brian Gilchrist <bgilchrist@allendyer.com>; Shelley Hotz <shotz@allendyer.com>; #SHGroup-1Hotel <shgroup-1hotel@kirkland.com>; Gavin Gaukroger <ggaukroger@bergersingerman.com>; Luis Torres <LTorres@bergersingerman.com>; Christina M. Perry <CPerry@bergersingerman.com>
**Subject:** [EXTERNAL] RE: 2399 Collins Avenue Condominium Association adv. SH Group Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU

Dear Stephanie -- I'm following up on the below as you agreed to get back to us today.  Please let us know.

Best Regards,
Shanti

**Shanti Sadtler Conway**
───────────────────────
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 5933  **M** +1 781 571 9211
**F** +1 212 446 4900
───────────────────────

shanti.conway@kirkland.com

**From:** Stephanie Vazquez <svazquez@allendyer.com>
**Sent:** Friday, September 4, 2020 12:12 PM
**To:** Conway, Shanti Sadtler <shanti.conway@kirkland.com>
**Cc:** Brian Gilchrist <bgilchrist@allendyer.com>; Shelley Hotz <shotz@allendyer.com>; #SHGroup-1Hotel <shgroup-1hotel@kirkland.com>; Gavin Gaukroger <ggaukroger@bergersingerman.com>; Luis Torres <LTorres@bergersingerman.com>; Christina M. Perry <CPerry@bergersingerman.com>
**Subject:** RE: 2399 Collins Avenue Condominium Association adv. SH Group Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU

Hello Shanti,

We agree to your requested one-week extension of the motion to compel deadline (to September 16th) and will advise as to the remaining issues by September 9th.

Best regards,

<image002.png>

**Stephanie Vazquez**
*Registered Patent Attorney*

Allen, Dyer, Doppelt + Gilchrist, PA
1221 Brickell Avenue | Suite 2400 | Miami, FL 33131

(305) 374-8303 | phone
(305) 374-8306 | fax

website | vCard | map | email

Note: The information in this e-mail message is intended for the confidential use of the addressees only. The information is subject to the attorney-client privilege and/or may be attorney work-product. Recipients should not file copies of this e-mail with publicly accessible records. If you are not an addressee or an authorized agent responsible for delivering this e-mail to a designated addressee, you have received this e-mail in error, and any further review, dissemination, distribution, copying or forwarding of this e-mail is strictly prohibited. If you received this e-mail in error, please notify us immediately at (407) 841-2330. Thank you.

**From:** Conway, Shanti Sadtler <shanti.conway@kirkland.com>
**Sent:** Friday, September 4, 2020 11:10 AM
**To:** Stephanie Vazquez <svazquez@allendyer.com>
**Cc:** Brian Gilchrist <bgilchrist@allendyer.com>; Shelley Hotz <shotz@allendyer.com>; #SHGroup-1Hotel <shgroup-1hotel@kirkland.com>; Gavin Gaukroger <ggaukroger@bergersingerman.com>; Luis Torres <LTorres@bergersingerman.com>; Christina M. Perry <CPerry@bergersingerman.com>
**Subject:** [EXTERNAL] Re: 2399 Collins Avenue Condominium Association adv. SH Group Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU

Thanks, Stephanie. Given that you are still discussing the open issues, the holiday and the current deadline of September 9 to move to compel, can we agree to extend the motion to compel deadline by a week (to September 16), per the Local Rules, and that you'll let us know about the open issues by September 9 at the latest?

Best Regards,
Shanti

> On Sep 4, 2020, at 10:10 AM, Stephanie Vazquez <svazquez@allendyer.com> wrote:
>
> Hello Shanti,
>
> We have been discussing the remaining issues with our clients. We expect to have a decision as to which of the remaining responses at issue we will amend by early next week after the holiday.
>
> Best regards,
>
>
> <image001.png>
>
> **Stephanie Vazquez**
> *Registered Patent Attorney*
>
> Allen, Dyer, Doppelt + Gilchrist, PA
> 1221 Brickell Avenue | Suite 2400 | Miami, FL 33131
>
> (305) 374-8303 | phone
> (305) 374-8306 | fax
>
> website | vCard | map | email
>
> Note: The information in this e-mail message is intended for the confidential use of the addressees only. The information is subject to the attorney-client pr and/or may be attorney work-product. Recipients should not file copies of this e-mail with publicly accessible records. If you are not an addressee or an aut agent responsible for delivering this e-mail to a designated addressee, you have received this e-mail in error, and any further review, dissemination, distribu copying or forwarding of this e-mail is strictly prohibited. If you received this e-mail in error, please notify us immediately at (407) 841-2330. Thank you.

**From:** Conway, Shanti Sadtler <shanti.conway@kirkland.com>
**Sent:** Thursday, September 3, 2020 8:32 PM
**To:** Stephanie Vazquez <svazquez@allendyer.com>
**Cc:** Brian Gilchrist <bgilchrist@allendyer.com>; Shelley Hotz <shotz@allendyer.com>;

#SHGroup-1Hotel <shgroup-1hotel@kirkland.com>; Gavin Gaukroger
<ggaukroger@bergersingerman.com>; Luis Torres <LTorres@bergersingerman.com>;
Christina M. Perry <CPerry@bergersingerman.com>
**Subject:** [EXTERNAL] Re: 2399 Collins Avenue Condominium Association adv. SH Group
Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU

Dear Brian and Stephanie,

Following up on the below, when do you expect to be able to let us know about the open issues?

Best Regards,
Shanti


On Sep 1, 2020, at 9:39 PM, Conway, Shanti Sadtler
<shanti.conway@kirkland.com> wrote:

Dear Brian and Stephanie,

Thank you for speaking with us today about the open issues related to
your clients' responses to SH Group's discovery requests.  Below is a
summary of the topics we discussed.  We did not resolve the pending
issues, and we requested that Defendants reconsider their objections
and agree to amend/supplement their responses.  As discussed on the
call, please let us know whether Defendants will provide such
amended/supplemental responses by Thursday so we can determine
whether a motion to compel will be necessary.

- **(1) Defendants' Objections to Requests for Admission as
  Seeking "Legal Conclusions" (Association's Responses to RFA
  Nos. 2-3, 18-38, 89-90; Bostany's Responses to RFA Nos. 4, 6,
  21-42, 93-94).**
  - We stated that Defendants' refusal to respond to the
    RFAs are improper as the requests properly seek
    admissions regarding the application of facts to the
    law.  We also noted that the Association has served
    numerous similar RFAs, to which SH Group has
    responded, so we are surprised by your position.  For
    instance, your August 31st letter claims that RFAs
    asking about "use in commerce" seek a pure legal
    conclusion, yet the Association also asked RFAs about
    "use in commerce," to which SH Group substantively
    responded.  (*See, e.g.*, Association's RFAs to SH Group
    Nos. 6-65.)
  - You responded that SH Group has also made objections
    as to legal conclusions in their responses.  (We checked
    after our call and do not see any such refusals to
    respond on that basis in the RFAs.)  You reiterated
    Defendants' position that the RFAs require pure legal
    conclusions and Defendants are thus not required to
    respond.

- **(2) Bostany's Objections and Response to Interrogatory No. 2 concerning those with knowledge of Bostany's contractual obligations**
    - o We explained that the requested information regarding knowledge of Mr. Bostany's contractual obligations is relevant to, among other things, the tortious interference claim against the Association, and that Mr. Bostany should be able to provide a substantive response.  It also is generally relevant to identifying people with discoverable knowledge and information in the case.
    - o You stated that the request is very broad such that it is possible that all unit owners could know about the contractual obligations if they signed similar documents.  We stated that what the Interrogatory asks for is people with knowledge of Bostany's contractual obligations (not the obligations of others), but if others know that he signed the same documents and is thus subject to the same obligations, then yes that would be relevant.  We also stated that the fact that many people have knowledge is not a basis to not respond.
    - o You stated that Defendants would like a copy of the "agreements" that SH Group alleges are at issue and that they don't know what the agreements are.  We stated that the agreements are specified in the Complaint, including their titles and dates, as well as quoted excerpts, and that Defendants also have quoted the agreements in submissions to the court, so we don't believe there's any lack of clarity that would prevent a substantive response to the interrogatory.
- **(3) The Association's Responses to Interrogatories Nos. 3-5 and 7 Regarding References to Trademark Applications**
    - o We stated that we would like complete answers to these interrogatories in one place, and that that should not be burdensome to provide.  You responded that it is proper to refer to documents.  In response, we noted that Rule 33(d) allows parties to refer to documents if it is equally as burdensome to the responding party to sort through a lot of documents and provide the response, and in any event the documents then need to be produced by the responding party and then a supplemental response with bates numbers provided.  We do not think that Rule 33(d) applies here.
- **(4) The Association's Responses to Requests for Admission Nos. 4-17 Regarding USPTO Records**
    - o We explained that the Association's refusal to respond to RFAs where they can investigate and answer based on their investigation is not proper.  You responded that the RFAs relate to SH Group's trademark filings, which Defendants don't have knowledge of and that other information may be learned in discovery.  In

response, we said that Rule 36 requires an investigation and that here, a response can be provided based on that investigation as the trademark records are public.  We stated that the unknown possibility of finding out something contradictory or additional during discovery is not a basis to not respond to an RFA; that is the purpose of being able to amend or supplement responses later.

With respect to all other issues raised in our August 20th letter, as reflected in your August 31st letter and our subsequent emails, we understand that Defendants will provide amended/supplemental responses by September 14.  As we previously noted, SH Group reserves its right to move to compel based on any failure to provide such amended/supplemental responses as well as the sufficiency of such responses.

Best Regards,
Shanti


**Shanti Sadtler Conway**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 5933  **M** +1 781 571 9211
**F** +1 212 446 4900

shanti.conway@kirkland.com

---

**From:** Conway, Shanti Sadtler <shanti.conway@kirkland.com>
**Sent:** Tuesday, September 1, 2020 10:26 AM
**To:** Stephanie Vazquez <svazquez@allendyer.com>
**Cc:** Brian Gilchrist <bgilchrist@allendyer.com>; Shelley Hotz <shotz@allendyer.com>; #SHGroup-1Hotel <shgroup-1hotel@kirkland.com>; Gavin Gaukroger <ggaukroger@bergersingerman.com>; Luis Torres <LTorres@bergersingerman.com>; Christina M. Perry <CPerry@bergersingerman.com>
**Subject:** RE: 2399 Collins Avenue Condominium Association adv. SH Group Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU

Thanks, Stephanie.  We look forward to receiving amended/supplemental responses on September 14.  On the call at 3:30 pm today, we can discuss the remaining issues where Defendants have not agreed to amend their responses.

Best Regards,
Shanti


**Shanti Sadtler Conway**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 5933  **M** +1 781 571 9211
**F** +1 212 446 4900

shanti.conway@kirkland.com

**From:** Stephanie Vazquez <svazquez@allendyer.com>
**Sent:** Tuesday, September 1, 2020 10:23 AM
**To:** Conway, Shanti Sadtler <shanti.conway@kirkland.com>
**Cc:** Brian Gilchrist <bgilchrist@allendyer.com>; Shelley Hotz
<shotz@allendyer.com>; #SHGroup-1Hotel <shgroup-
1hotel@kirkland.com>; Gavin Gaukroger
<ggaukroger@bergersingerman.com>; Luis Torres
<LTorres@bergersingerman.com>; Christina M. Perry
<CPerry@bergersingerman.com>
**Subject:** RE: 2399 Collins Avenue Condominium Association adv. SH
Group Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU

Hello Shanti,

We believe September 14th will be sufficient time for our clients to
serve their amended responses as described in our correspondence
yesterday. Do you still wish to move forward with the meet and confer
call this afternoon at 3:30 PM? Please let us know. Thank you.

Best regards,



**Stephanie Vazquez**
*Registered Patent Attorney*

Allen, Dyer, Doppelt + Gilchrist, PA
1221 Brickell Avenue | Suite 2400 | Miami, FL 33131

(305) 374-8303 | phone
(305) 374-8306 | fax

website | vCard | map | email

Note: The information in this e-mail message is intended for the confidential use of the addressees only. The information is subject to the attorn
and/or may be attorney work-product. Recipients should not file copies of this e-mail with publicly accessible records. If you are not an addresse
agent responsible for delivering this e-mail to a designated addressee, you have received this e-mail in error, and any further review, disseminat
copying or forwarding of this e-mail is strictly prohibited. If you received this e-mail in error, please notify us immediately at (407) 841-2330. Tha

**From:** Conway, Shanti Sadtler <shanti.conway@kirkland.com>
**Sent:** Monday, August 31, 2020 8:17 PM
**To:** Stephanie Vazquez <svazquez@allendyer.com>
**Cc:** Brian Gilchrist <bgilchrist@allendyer.com>; Shelley Hotz
<shotz@allendyer.com>; #SHGroup-1Hotel <shgroup-
1hotel@kirkland.com>; Gavin Gaukroger
<ggaukroger@bergersingerman.com>; Luis Torres
<LTorres@bergersingerman.com>; Christina M. Perry
<CPerry@bergersingerman.com>

**Subject:** [EXTERNAL] RE: 2399 Collins Avenue Condominium Association adv. SH Group Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU

Dear Stephanie,

Thank you for your email.  We understand from your correspondence today that Defendants will make the various amendments/supplements you have agreed to.  We need to have a specific date by which your clients will provide those amended/supplemented responses.  Accordingly, as part of the ongoing good faith efforts to resolve these issues without court intervention, we believe that your clients' amended/supplemental responses should be served no later than September 14.  Please confirm that your clients will provide their amended/supplemental responses by that day.  Please note, SH Group reserves its right to move to compel at any time at or after September 14, if the deficiencies in your clients' discovery responses remain uncured.

Best Regards,
Shanti

**Shanti Sadtler Conway**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 5933  **M** +1 781 571 9211
**F** +1 212 446 4900

shanti.conway@kirkland.com

**From:** Stephanie Vazquez <svazquez@allendyer.com>
**Sent:** Monday, August 31, 2020 6:07 PM
**To:** Conway, Shanti Sadtler <shanti.conway@kirkland.com>
**Cc:** Brian Gilchrist <bgilchrist@allendyer.com>; Shelley Hotz <shotz@allendyer.com>; #SHGroup-1Hotel <shgroup-1hotel@kirkland.com>; Gavin Gaukroger <ggaukroger@bergersingerman.com>; Luis Torres <LTorres@bergersingerman.com>; Christina M. Perry <CPerry@bergersingerman.com>
**Subject:** RE: 2399 Collins Avenue Condominium Association adv. SH Group Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU

Hello Shanti,

We would work on getting those responses back to you as soon as possible. We need to confer with our clients to see how quickly they can review and approve the amended responses.

Best regards,

<image001.png>                    **Stephanie Vazquez**
                                    *Registered Patent Attorney*

Allen, Dyer, Doppelt + Gilchrist, PA
1221 Brickell Avenue | Suite 2400 | Miami, FL 33131

(305) 374-8303 | phone
(305) 374-8306 | fax

website | vCard | map | email

Note: The information in this e-mail message is intended for the confidential use of the addressees only. The information is subject to the attorney
and/or may be attorney work-product. Recipients should not file copies of this e-mail with publicly accessible records. If you are not an addressee
agent responsible for delivering this e-mail to a designated addressee, you have received this e-mail in error, and any further review, disseminat
copying or forwarding of this e-mail is strictly prohibited. If you received this e-mail in error, please notify us immediately at (407) 841-2330. Tha

**From:** Conway, Shanti Sadtler <shanti.conway@kirkland.com>
**Sent:** Monday, August 31, 2020 5:05 PM
**To:** Stephanie Vazquez <svazquez@allendyer.com>
**Cc:** Brian Gilchrist <bgilchrist@allendyer.com>; Shelley Hotz
<shotz@allendyer.com>; #SHGroup-1Hotel <shgroup-
1hotel@kirkland.com>; Gavin Gaukroger
<ggaukroger@bergersingerman.com>; Luis Torres
<LTorres@bergersingerman.com>; Christina M. Perry
<CPerry@bergersingerman.com>
**Subject:** [EXTERNAL] RE: 2399 Collins Avenue Condominium Association
adv. SH Group Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU

Thanks, Stephanie.  By when will Defendants serve
supplemental/amended discovery responses, per your below email and
letter dated today?

Shanti Sadtler Conway

KIRKLAND & ELLIS LLP
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 5933  **M** +1 781 571 9211
**F** +1 212 446 4900

shanti.conway@kirkland.com

**From:** Stephanie Vazquez <svazquez@allendyer.com>
**Sent:** Monday, August 31, 2020 4:50 PM
**To:** Conway, Shanti Sadtler <shanti.conway@kirkland.com>
**Cc:** Brian Gilchrist <bgilchrist@allendyer.com>; Shelley Hotz
<shotz@allendyer.com>; #SHGroup-1Hotel <shgroup-
1hotel@kirkland.com>; Gavin Gaukroger
<ggaukroger@bergersingerman.com>; Luis Torres
<LTorres@bergersingerman.com>; Christina M. Perry
<CPerry@bergersingerman.com>
**Subject:** RE: 2399 Collins Avenue Condominium Association adv. SH
Group Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU

Thank you, Shanti. Regarding the issues raised in Section IV concerning
Interrogatories 8 and 9 directed to the Association and Interrogatory 6

directed to Mr. Bostany, we do not agree with your position that it is improper to reference D.E. 22, however we agree to amend those responses in an effort to avoid unnecessary motion practice.

Best regards,

&lt;image001.png&gt;

**Stephanie Vazquez**
*Registered Patent Attorney*

Allen, Dyer, Doppelt + Gilchrist, PA
1221 Brickell Avenue | Suite 2400 | Miami, FL 33131

(305) 374-8303 | phone
(305) 374-8306 | fax

website | vCard | map | email

Note: The information in this e-mail message is intended for the confidential use of the addressees only. The information is subject to the attorn[...] and/or may be attorney work-product. Recipients should not file copies of this e-mail with publicly accessible records. If you are not an addresse[...] agent responsible for delivering this e-mail to a designated addressee, you have received this e-mail in error, and any further review, dissemin[...] copying or forwarding of this e-mail is strictly prohibited. If you received this e-mail in error, please notify us immediately at (407) 841-2330. Tha[...]

**From:** Conway, Shanti Sadtler <shanti.conway@kirkland.com>
**Sent:** Monday, August 31, 2020 4:17 PM
**To:** Stephanie Vazquez <svazquez@allendyer.com>
**Cc:** Brian Gilchrist <bgilchrist@allendyer.com>; Shelley Hotz <shotz@allendyer.com>; #SHGroup-1Hotel <shgroup-1hotel@kirkland.com>; Gavin Gaukroger <ggaukroger@bergersingerman.com>; Luis Torres <LTorres@bergersingerman.com>; Christina M. Perry <CPerry@bergersingerman.com>
**Subject:** [EXTERNAL] RE: 2399 Collins Avenue Condominium Association adv. SH Group Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU

Thanks, Stephanie.  I'll plan to call your office then.  If you prefer a dial in, please send one.  Please also let us know your response to Section IV of our letter so we can consider that in advance of the call.

Best Regards,
Shanti

**Shanti Sadtler Conway**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 5933  **M** +1 781 571 9211
**F** +1 212 446 4900

shanti.conway@kirkland.com

**From:** Stephanie Vazquez <svazquez@allendyer.com>
**Sent:** Monday, August 31, 2020 4:11 PM

**To:** Conway, Shanti Sadtler <shanti.conway@kirkland.com>
**Cc:** Brian Gilchrist <bgilchrist@allendyer.com>; Shelley Hotz <shotz@allendyer.com>; #SHGroup-1Hotel <shgroup-1hotel@kirkland.com>; Gavin Gaukroger <ggaukroger@bergersingerman.com>; Luis Torres <LTorres@bergersingerman.com>; Christina M. Perry <CPerry@bergersingerman.com>
**Subject:** RE: 2399 Collins Avenue Condominium Association adv. SH Group Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU

Hello Shanti,

We are available for a call to meet and confer tomorrow at 3:30 PM.

Best regards,



**Stephanie Vazquez**
*Registered Patent Attorney*

Allen, Dyer, Doppelt + Gilchrist, PA
1221 Brickell Avenue | Suite 2400 | Miami, FL 33131

(305) 374-8303 | phone
(305) 374-8306 | fax

website | vCard | map | email

Note: The information in this e-mail message is intended for the confidential use of the addressees only. The information is subject to the attorney and/or may be attorney work-product. Recipients should not file copies of this e-mail with publicly accessible records. If you are not an addressee, agent responsible for delivering this e-mail to a designated addressee, you have received this e-mail in error, and any further review, dissemination, copying or forwarding of this e-mail is strictly prohibited. If you received this e-mail in error, please notify us immediately at (407) 841-2330. Tha

**From:** Conway, Shanti Sadtler <shanti.conway@kirkland.com>
**Sent:** Monday, August 31, 2020 3:57 PM
**To:** Shelley Hotz <shotz@allendyer.com>
**Cc:** Stephanie Vazquez <svazquez@allendyer.com>; Brian Gilchrist <bgilchrist@allendyer.com>; #SHGroup-1Hotel <shgroup-1hotel@kirkland.com>; Gavin Gaukroger <ggaukroger@bergersingerman.com>; Luis Torres <LTorres@bergersingerman.com>; Christina M. Perry <CPerry@bergersingerman.com>
**Subject:** [EXTERNAL] RE: 2399 Collins Avenue Condominium Association adv. SH Group Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU

Dear Stephanie,

Thank you for your response.  It appears that you have not responded, however, to Section IV of our August 20th letter, which discussed the Association's deficient responses to Interrogatory Nos. 8 and 9 and Mr. Bostany's deficient response to Interrogatory No. 6.  Please let us know your position today.

Please also let me know if you are available for a call to meet and confer tomorrow at 1:00 or 3:30 pm.

Best Regards,
Shanti

**Shanti Sadtler Conway**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 5933  **M** +1 781 571 9211
**F** +1 212 446 4900

shanti.conway@kirkland.com

**From:** Shelley Hotz <shotz@allendyer.com>
**Sent:** Monday, August 31, 2020 2:08 PM
**To:** Conway, Shanti Sadtler <shanti.conway@kirkland.com>
**Cc:** Stephanie Vazquez <svazquez@allendyer.com>; Brian Gilchrist <bgilchrist@allendyer.com>; #SHGroup-1Hotel <shgroup-1hotel@kirkland.com>; Gavin Gaukroger <ggaukroger@bergersingerman.com>; Luis Torres <LTorres@bergersingerman.com>; Christina M. Perry <CPerry@bergersingerman.com>
**Subject:** 2399 Collins Avenue Condominium Association adv. SH Group Global IP Holdings - FLSD Case No. 1:20-cv-22423-UU

Counsel:

Attached is a letter to your attention concerning the referenced matter. Please let us know if you have any problems receiving the attached file.

Thank you,
Shelley

<image002.png>

<image003.png>

**Shelley Hotz**
*Florida Registered Paralegal*

Allen, Dyer, Doppelt + Gilchrist, PA
255 South Orange Avenue | Suite 1401 | Orlando, FL 32801

(407) 841-2330 | phone
(407) 841-2343 | fax

website | vCard | map | email

Note: The information in this e-mail message is intended for the confidential use of the addressees only. The information is subject to the attorn and/or may be attorney work-product. Recipients should not file copies of this e-mail with publicly accessible records. If you are not an addresse agent responsible for delivering this e-mail to a designated addressee, you have received this e-mail in error, and any further review, disseminat copying or forwarding of this e-mail is strictly prohibited. If you received this e-mail in error, please notify us immediately at (407) 841-2330. Tha

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP.

Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.