UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-22423-UU

SH GROUP GLOBAL IP HOLDINGS, L.L.C.,
A Delaware limited liability company,

        Plaintiff,

v.

2399 COLLINS AVENUE CONDOMINIUM
ASSOCIATION, INC., a Florida corporation,
and JOHN P. BOSTANY, an Individual,

        Defendants.

---

2399 COLLINS AVENUE CONDOMINIUM
ASSOCIATION, INC., a Florida corporation,

        Counterclaimant,

v.

SH GROUP GLOBAL IP HOLDINGS, L.L.C.,
A Delaware limited liability company,

        Counter-defendant.

## ORDER ON MOTIONS TO WITHDRAW AS COUNSEL FOR DEFENDANTS/COUNTERCLAIMANTS

**THIS CAUSE** is before the Court upon Defense Counsel Allen, Dyer, Doppelt & Gilchrist, PA law firm's Unopposed Motion to Withdraw as Counsel for Defendants/Counterclaimants (D.E. 49) (the "Allen Dyer Motion") and Defense Counsel Dania S. Fernandez & Associates P.A.'s law firm's Unopposed Motion to Terminate the Allen, Dyer, Doppelt & Gilchrist, PA law firm as Counsel (D.E. 48) (the "Dania Fernandez Motion").

The Court has reviewed the Motions, pertinent portions of the record, and is otherwise fully advised in the premises.

This case is an alleged trademark infringement, breach of contract, and tortious interference with business interests dispute. *See* D.E. 1. The Allen Dyer law firm, which represents Defendants/Counterclaimants, explains that they "have and continue to have irreconcilable differences as to the conduct of the instant litigation, which have and shall continue to compromise the independence of [Counsel] and impact Counsels' ability to meet their obligation to this Court." D.E. 49 at 1. The Allen Dyer law firm further explains that:

> Defendants recently filed pleadings with this Court which Counsel believes are not accurate and suggest improper conduct on behalf of Counsel. (D.E. 46, 47)[1] This creates an immediate and unreconcilable conflict. Pursuant to Rule 4-1.6(c), Rules of Professional Conduct, Counsel advises the Court it has not refused to produce documents and has never suggested, advised, or hinted in any manner that Mr. Bostany, a practicing lawyer, should 'pretend' something to be not what it is or in any way mislead this Court. If Counsel's conduct becomes an issue in this case, Counsel is prepared to respond to the allegations in more detail.

D.E. 49 at 2.

The Court agrees that irreconcilable differences constitute good cause for the Allen Dyer firm to withdraw. It is hereby

**ORDERED AND ADJUDGED** that the Motions, D.E. 48 and D.E. 49, are GRANTED. The Allen, Dyer, Doppelt & Gilchrist, P.A. law firm, Brian R. Gilchrist, Esq., and Stephanie Vazquez, Esq. are hereby WITHDRAWN as counsel in this case, and shall have no further responsibility for Defendants/Counterclaimants 2399 Collins Avenue Condominium Association, Inc. and John P. Bostany in this action. The Clerk of Court SHALL remove Brian R. Gilchrist,

---

[1] Docket entries 46 and 47 are Responses and accompanying exhibits in Opposition to Plaintiff's Motion to Compel Defendant John P. Bostany to Produce Responsive Documents. The Motion to Compel has been referred to Magistrate Judge Lisette M. Reid.

Esq. and Stephanie Vazquez, Esq. from the docket and cease delivery of notifications of electronic filings. It is further

ORDERED AND AJUDGED that the initial planning and scheduling hearing is RE-SET to Friday, November 13, 2020, at 10:30 a.m.

ORDERED AND ADJUDGED that Defendants/Counterclaimants' remaining counsel SHALL respond to the Allen Dyer firm's concerns as to the veracity of Docket Entries 46 and 47 by **October 15, 2020**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _9th__ day of October, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record via CM/ECF
Magistrate Judge Reid