UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-22423-UU

SH GROUP GLOBAL IP HOLDINGS, L.L.C.,
A Delaware limited liability company,

        Plaintiff,

v.

2399 COLLINS AVENUE CONDOMINIUM
ASSOCIATION, INC., a Florida corporation,
and JOHN P. BOSTANY, an Individual,

        Defendants.

2399 COLLINS AVENUE CONDOMINIUM
ASSOCIATION, INC., a Florida corporation,

        Counterclaimant,

v.

SH GROUP GLOBAL IP HOLDINGS, L.L.C.,
A Delaware limited liability company,

        Counter-defendant.

**DEFENDANTS' RESPONSE IN COMPLIANCE WITH
COURT ORDER ENTERED ON OCTOBER 9, 2020**

      Defendants, 2399 Collins Avenue Condominium Association, Inc. (the "Association") and John P. Bostany hereby file Defendants' Response in compliance with this Court's Order entered on October 9, 2020 and as grounds, Defendants state as follows:

      1.     This action is an alleged trademark infringement, breach of contract and tortious interference with business interest dispute.

      2.     Plaintiff has served various discovery requests to Defendants in this case.

3. In response to various requests for production, Defendant John P. Bostany timely served written responses.

4. Most of the requests that Plaintiff was seeking were documents that were also requested from 2399 Collins Avenue Condominium Association, Inc. ("Association").

5. Mr. Bostany searched his personal records and had no documents beyond those maintained by the Association.

6. There was some miscommunication between Defendants and prior counsel concerning what was directed to be produced.

7. On October 6, 2020, as an attempt to resolve the discovery issues pending, John Bostany and Nicole Salcedo filed two Declarations with the Court, Docket Entries 46 and 47.

8. On October 8, 2020, Defendants filed a Motion to Terminate the Law Firm of Allen, Dyer, Doppelt & Gilchrist, P.A. from representing them in this matter due to irreconcilable differences. (D.E. 48).

9. On October 8, 2020, Law Firm of Allen, Dyer, Doppelt & Gilchrist, P.A. filed their Motion to Withdraw as counsel due to irreconcilable differences. (D.E. 49).

10. The Court entered an Order on October 9, 2020 granting withdrawal of the Law Firm of Allen, Dyer, Doppelt & Gilchrist, P.A.

11. In addition to those motions, the Court entered an Order requiring Defendants' counsel to respond to Allen Dryer firm's concerns as to the veracity of Docket Entries 46 and 47.

12. In the interest of moving forward with the causes of action and legal issues involved in this matter, Defendants respectfully request permission to withdraw the Declaration of John P. Bostany, D.E. 46 and respectfully ask that the Declarations of Nicole Salcedo and Brian Gilchrist (D.E. 45 and D.E. 47) be filed under seal.

13. Defendants assert their attorney client privilege in this case and want to preserve Defendants' privilege as to any communications that were made between Defendants and their attorneys including the Law Firm of Allen, Dyer, Doppelt & Gilchrist, P.A.

14. If the Court requires further information regarding the issues between the Allen Dyer Firm and Defendants, Defendants can produce another Declaration of the co-director Richard Egan that also provides factual statements and evidence which Defendants respectfully request be filed under seal to preserve their attorney client privilege.

15. We are currently in unprecedented and stressful times during the Covid-19 pandemic and Defendants ask the Court to allow this case to go forward on its merits.

WHEREFORE, Defendants respectfully request this Court to allow the Defendants to Withdraw Declaration of John P. Bostany dated October 6, 2020, to seal Docket Entries 45 and 47 and allow this case to continue on the causes of actions relevant to the resolution of this matter. Respectfully submitted on October 14, 2020,

By: /s/ Dania S. Fernandez
Dania S. Fernandez, Esq.
Dania S. Fernandez & Associates, P.A.
13500 SW 88 Street, Suite 265
Miami, Florida 33186
Phone: 305-254-4492
Fax: 305-254-4514
Email: dania@dsfpa.com
**Attorney for Defendants**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 14, 2020, I presented the foregoing to the Clerk of the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a Notice of Electronic Filing to Counsel of Record:

Gavin Cunningham Gaukroger
Berger Singerman LLP
350 East Las Olas Blvd., Ste 1000
Fort Lauderdale, FL 33301
(954) 525-9900
Fax: (954) 523-2872
Email: ggaukroger@bergersingerman.com

Christina Michele Perry
Berger Singerman LLP
1450 Brickell Avenue, Ste. 1000
Miami, FL 33131
305-755-9500
Fax: 305-714-4340
Email: cperry@bergersingerman.com

Claudia Ray
Email: claudia.ray@kirkland.com
Dale M. Cendali
Email: dale.cendali@kirkland.com
Shanti Sadtler Conway
Email: shanti.conway@kirkland.com
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

3