UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-22423-CV-UNGARO
MAGISTRATE JUDGE REID

SH GROUP GLOBAL IP HOLDINGS, LLC

    Plaintiff/Counter-Defendant,
v.

2399 COLLINS AVE. CONDOMINIUM
ASSOCIATION, INC., a Florida corporation,
and JOHN P. BOSTANY, an Individual,

    Defendants/Counter-Plaintiffs.
_____/

## ORDER FOR REPLY TO MOTION TO COMPEL [ECF No. 42]

This matter is before the Court on Plaintiff/Counter-Defendant SH GROUP GLOBAL IP HOLDINGS, LLC's Motion to Compel Defendant/Counter-Plaintiff JOHN P. BOSTANY to Produce Responsive Documents. [ECF No. 42]. This cause has been referred to the Undersigned to take all necessary and proper action to resolve. [ECF No. 43].

On October 22, 2020, Defendant/Counter-Plaintiff JOHN P. BOSTANY filed a Response to the Motion to Compel, which argued that its supplemental discovery "renders moot virtually the entire Motion." [ECF No. 60 at 2]. The Undersigned previously advised the parties that no reply shall be filed unless ordered by the Court. [ECF No. 44].

Upon review of the Response, it is hereby **ORDERED** that Plaintiff/Counter-Defendant SH GROUP GLOBAL IP HOLDINGS, LLC shall file a reply to the Motion by **October 29, 2020**. The reply shall at the very least state whether the Motion to Compel is moot, and whether a hearing on this matter is sought. The reply shall not exceed seven (7) double-spaced pages, not including pages excluded by S.D. Fla. L.R. 7.1(c)(2), and shall use 12-point or greater font.

**DONE AND ORDERED** this 23rd day of October, 2020.

                                                    UNITED STATES MAGISTRATE JUDGE

cc:     All Counsel of Record via CM/ECF; and

        U.S. District Judge Ursula Ungaro