**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:20-cv-22423-UU

SH GROUP GLOBAL IP HOLDINGS, L.L.C.,

    Plaintiff,

v.

2399 COLLINS AVENUE CONDOMINIUM ASSOCIATION, INC. and JOHN P. BOSTANY,

    Defendants.

2399 COLLINS AVENUE CONDOMINIUM ASSOCIATION, INC.,

    Counterclaimant,

v.

SH GROUP GLOBAL IP HOLDINGS, L.L.C.,

    Counterclaim-Defendant.

**ORDER GRANTING PLAINTIFF AND COUNTERCLAIM-DEFENDANT**
**SH GROUP GLOBAL IP HOLDINGS, L.L.C.'S MOTION TO COMPEL**

This matter is before the Court on Plaintiff/Counterclaim-Defendant's SH GROUP GLOBAL IP HOLDINGS, L.L.C.'s ("SH Group") Motion to Compel Defendant/Counterclaim-Plaintiff JOHN P. BOSTANY ("Bostany") to Produce Responsive Documents (the "Motion"). [ECF No. 42]. The Motion was referred to the Undersigned to take all necessary and proper action as required by law with respect to the

Motion. [ECF No. 43].  The Court, having reviewed the Motion, the Responses to the Motion [ECF Nos. 46, 47, 55, 60], the Reply [ECF No. 63], and having held a hearing [ECF No. 65][1], and being otherwise fully advised in the premises, hereby **GRANTS** the Motion to Compel as follows:

It is hereby **ORDERED** that Bostany is Ordered to conduct a reasonably diligent search for, and produce any, documents responsive to the discovery requests which are in his possession, custody or control, including but not limited to his personal files, personal e-mail account(s), and document sources that may or may not also be accessible to Defendant/Counterclaimant 2399 COLLINS AVENUE CONDOMINIUM ASSOCIATION, INC. (the "Association").  For the avoidance of doubt, the Court finds that Bostany, as an individual defendant in this action, is required to comply with the Federal Rules of Civil Procedure and that his obligations are independent of and concurrent with the obligations of the Association.

It is further **ORDERED** that SH Group is entitled to, and Bostany is obligated to pay, SH Group's expenses, including its reasonable attorneys' fees and costs in connection with the Motion, pursuant to Fed. R. Civ. P. 37. Prior to filing any motion for these expenses, the parties must confer and make a good faith effort to resolve the issue of attorneys' fees pursuant to S.D. Fla. L.R. 7.1(a)(3) and S.D. Fla. L.R. 7.3.

If the parties are unable to reach an agreement and Court intervention is required, SH Group shall file a motion indicating and supporting the requested amount of expenses. Such a motion must be done in compliance with S.D. Fla. L.R. 7.3(a). Such a motion shall

---

[1] As noted in the Minute Order [ECF No. 67] entered on November 12, 2020, the Court also heard Defendants' Motion to Seal [ECF Nos. 58–59], the Response thereto [ECF No. 62], and the Reply [ECF No. 64], and defers ruling on that Motion at this time.

be filed within 14 days of this Order. If such a motion is filed, Bostany may file a response within 7 days of the filing of SH Group's motion.

Finally, the parties may file the respective motion for expenses/attorneys' fees and the response, if any, or confidential portions thereof, under seal, consistent with the requirements of S.D. Fla. L.R. 5.4(b).

**DONE AND ORDERED** in this 16th day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

Cc:   **U.S. District Judge Ursula Ungaro**; and

**All Counsel of Record via CM/ECF**